UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:18-CV-36-BO

| | | |
|---|---|---|
| JUSTIN JAMEL WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' failure to file a stipulation of dismissal. The Court was previously advised that the parties had settled the case and they were directed by Court order to file a stipulation of dismissal within forty-five days. The order advised that failure to comply with the order would result in dismissal of the case with prejudice. The parties have failed to file a stipulation of dismissal within the time provided, and this case is therefore dismissed with prejudice. The clerk is directed to close the case.

SO ORDERED, this __10__ day of July, 2019.

_Terrence W. Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE